**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**CHRISTINA E. PRATER,**

     **Plaintiff,**

**v.**                                     **Case No. 1:25-cv-13-AW-MJF**

**FRANK BISIGNANO,**
**Commissioner of the Social Security**
**Administration,**

     **Defendant.**
_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff Christina E. Prater initiated this case to challenge a final decision of the Commissioner of the Social Security Administration. In a thorough report and recommendation, the magistrate judge recommends affirming that decision. ECF No. 18. I have carefully considered the report and recommendation, and I have considered de novo the issues Plaintiff raised in her objections. ECF No. 19. I have also considered the Commissioner's response to Plaintiff's objections. ECF No. 20.

I now conclude that the report and recommendation should be adopted, and I incorporate it into this order. The clerk will enter a judgment that states, "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on March 16, 2026.

                                   s/ *Allen Winsor*_____
                                   Chief United States District Judge